UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No:1:05-cv-10701-RWZ

_____
JOAN WALSH,                                       )
                                                                )
                Plaintiff,                         )
                                                                )
          v.                                          )
                                                                )
HEALTHCARE SOUTH, P.C., PHYSICIAN )
STRATEGIES, LLC and JOHN J.            )
BRADBURY, Jr.,                                   )
                                                                )
                Defendants.                    )
_____)

**PLAINTIFF'S REQUEST FOR HEARING**

Now comes the plaintiff and request a hearing regarding this matter.

                                          The Plaintiff
                                          By Her Attorneys,

                                          /s/ David P. Angueira
                                          _____
                                          Edward M. Swartz
                                          BBO # 489540
                                          David P. Angueira
                                          BBO # 019610
                                          SWARTZ & SWARTZ
                                          10 Marshall Street
                                          Boston, MA 02108
                                          (617) 742-1900

Dated: May 5, 2005