UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JOAN WALSH,<br>           Plaintiff<br><br>v.<br><br>HEALTHCARE SOUTH, P.C., PHYSICIAN<br>STRATEGIES, LLC AND JOHN J.<br>BRADBURY, Jr.,<br>           Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO.: 05-10701-RWZ |

**ASSENTED-TO MOTION TO EXTEND TIME FOR**
**FILING OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

The defendants, Healthcare South, P.C., Physician Strategies, LLC, and John J. Bradbury, Jr. (hereafter collectively referred to as the "Defendants"), hereby move that the time within which their opposition must be filed to the Plaintiff's Motion to Remand be extended to and including May 31, 2005.  The grounds for this motion are as follows:

    1.    The Plaintiff has assented to Defendants' request for an extension;

    2.    Defendants' counsel requires the requested extension as a result of being retained by the Defendants as of May 6, 2005.  Defendants' counsel requires additional time to familiarize themselves with the case in order to properly respond to the Plaintiff's motion.  This is a complicated case with numerous counts and considerable discovery taken to date.

    3.    The requested extension of time will not result in prejudice to any party or the Court.

4.     Defendants' counsel does not intend to seek any other continuances with respect to filing an opposition to the plaintiff's motion to remand.

WHEREFORE, the Defendants respectfully requests that the Court grant the requested extension of time until and including May 31, 2005 for the defendants to file their opposition to the plaintiff's motion to remand.

                                              HEALTHCARE SOUTH, P.C., PHYSICIAN
                                              STRATEGIES, LLC, AND JOHN J.
                                              BRADBURY, Jr.,
                                              By their Attorneys,


/s/ Valerie C. Samuels
Valerie C. Samuels, BBO# 548539
Nancy J. Puleo, BBO# 648457
Posternak, Blankstein & Lund LLP
Prudential Tower
800 Boylston Street
Boston, MA  02199
(617) 973-6100


Joan Walsh,
By her Attorney,

/s/ David P. Angueria
David P. Angueira, BBO # 019610
Swartz & Swartz
10 Marshall Street
Boston, MA 02108
617-742-1900


Dated:  May 16, 2005

## **CERTIFICATE OF SERVICE**

    I, Valerie C. Samuels, hereby certify that I served a copy of the within Assented-To-Motion to Extend Time for Filing Opposition to Plaintiff's Motion to Remand on David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA 02108 via first class mail, postage prepaid on this 16 day of May, 2005.

                                                              _____
                                                               Valerie C. Samuels, Esq.