UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOAN WALSH,<br><br>          Plaintiff,<br><br>v.<br><br>HEALTHCARE SOUTH, P.C., PHYSICIAN STRATEGIES, LLC, & JOHN J. BRADBURY, JR.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-10701-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Choate, Hall & Stewart LLP as counsel for the defendants. Please enter the appearance of Posternak Blankstein & Lund LLP as counsel for the defendants.

Respectfully submitted,

HEALTHCARE SOUTH, P.C., PHYSICIAN STRATEGIES, LLC, & JOHN J. BRADBURY, JR.

| | |
|---|---|
| Valerie C. Samuels (BBO # 548539) | Christine J. Wichers (BBO # 631857) |
| Nancy J. Puleo (BBO # 648457) | Gretchen Lundgren Edson (BBO # 644742) |
| POSTERNAK BLANKSTEIN & LUND LLP | CHOATE, HALL & STEWART LLP |
| Prudential Tower | Exchange Place |
| 800 Boylston Street | 53 State Street |
| Boston, MA  02199 | Boston, MA  02109 |
| (617) 973-6248 | (617) 248-5000 |

Dated: May 18, 2005

3925400v1

## CERTIFICATE OF SERVICE

    I, Valerie C. Samuels, hereby certify that I served a copy of the within Defendants' Notice of Substitution of Counsel on David P. Angueira, Esq., Swartz & Swartz, 10 Marshall Street, Boston, MA 02108; Christine J. Wichers, Esq., Choate, Hall & Stewart LLP, 53 Exchange Place, Boston, MA 02109; and Gretchen Lundgren Edson, Esq., Choate, Hall & Stewart LLP, 53 Exchange Place, Boston, MA 02109; via first class mail, postage prepaid on this 18 day of May, 2005.

                                                                         _____
                                                                         Valerie C. Samuels, Esq.

ID # 431920v01/14487-3/ 05.18.2005